IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLOWBROOK RESOURCES, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case Number CIV-21-736-C |
| DEVON ENERGY PRODUCTION COMPANY LP, | ) ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On April 26, 2022, the Court Ordered Plaintiff to show cause why this matter should not be dismissed for failure to timely serve Defendant. Plaintiff responded admitting that service had not been obtained, but stating the parties were negotiating a settlement. Plaintiff requested and the Court granted until May 21, 2022, for Plaintiff to either serve Defendant or obtain a waiver of service. That date has now passed with no proof from Plaintiff that it has complied with the Court's earlier order. Accordingly, pursuant to Fed. R. Civ. P. 16(f)(1)(C), this matter is DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of June 2022.

*[signature]*

ROBIN J. CAUTHRON
United States District Judge